| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen (93698)<br>J'aime Williams Kerper (261148)<br>LESLIE COHEN LAW PC<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>T: 310-394-5900  F: 310-394-9280<br>leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com<br><br>☑ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |
|---|---|

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Leslie A. Cohen_____, __93698_____, __leslie@lesliecohenlaw.com_____
   *Name*                              *Bar ID Number*              *E-Mail Address*

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____
_____

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address _1615-A Montana Avenue, Santa Monica, CA 90403_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

---

Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
   ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
   ❏ I am, or
   ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

   **Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

   **CHECK ONE BOX**
   ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
   ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
   ❏ I am, or
   ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

   **\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 4/1/22                                              /s/ Leslie A. Cohen
                                                           Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| CASE NAME: | CASE NUMBER: |
|---|---|
| World Systems, Inc. | 1:19-bk-10282-MB |
| FG Systems, LLC | 1:20-bk-10673-VK |
| Transpine, Inc. | 1:20-bk-11286-VK |
| SCI Real Estate Investments, LLC | 2:11-bk-15975-DS |
| Lite Solar Corp. | 2:16-bk-19896-BB |
| Sawtelle Partners, LLC | 2:16-bk-21234-BR |
| Eclipse Berry Farms, LLC | 2:18-bk-10443-BR |
| Charles Peters | 2:18-bk-13759-RK |
| David C Kwok | 2:18-bk-23346-BR |
| Michael Serkis Hur | 2:19-bk-11603-BR |
| Christopher Woodrow | 2:19-bk-12753-SK |
| Sailfish Capital Partners, LLC | 2:19-bk-20207-RK |
| Mark Abbey Slotkin | 2:20-bk-12042-BB |
| Tea Station Investment Inc. | 2:20-bk-14175-NB |
| Tea Station, Inc. | 2:20-bk-18039-NB |
| Tea Creations, Inc. | 2:20-bk-18041-NB |
| Tea City, Inc. | 2:20-bk-18042-NB |
| Tea Hut, Inc. | 2:20-bk-18043-NB |
| Tea Station Operation, Inc. | 2:20-bk-18044-NB |
| Tea Island, Inc. | 2:20-bk-18046-NB |
| Tea Professor, Inc. | 2:20-bk-18047-NB |
| Cathy L. Montenegro | 2:20-bk-18390-VZ |
| Orchid Child Productions, LLC | 2:20-bk-21080-RK |
| Advanced Environmental Group LLC | 2:21-bk-12761-BB |
| Advanced Cleanup Technologies, Inc. | 2:21-bk-12762-BB |
| Wasatch Co. | 2:21-bk-16429-NB |
| Universal Surveillance Systems, LLC | 6:18-bk-11111-WJ |
| Long Hung Ha | 6:20-bk-14390-WJ |
| Clayton D Thom | 6:22-bk-10390-SY |
| Anna's Linens, Inc. | 8:15-bk-13008-TA |
| EarthOne Circuit Technologies Corporation | 8:17-bk-12521-ES |
| Elite Aerospace Group, Inc. | 8:21-bk-12231-TA |
| Dorothy Hannah Hamilburg | 9:15-bk-10528-DS |
| Channel Technologies Group, LLC | 9:16-bk-11912-DS |
| Santa Maria Brewing Co Inc. | 9:20-bk-11486-DS |
| Mershad Javan | 8:20-bk-11056-SC |
| Rob Kolson Creative Productions, Inc. v. Stander | 1:20-ap-01025-GM |

| | |
|---|---|
| Murtagh v. BAKER et al | 2:15-ap-01535-BB |
| Worldview Entertainment Holdings Inc. et al v. Woodrow | 2:19-ap-01169-SK |
| King v. Argus Marine Ventures Ltd. et al | 2:19-ap-01304-SK |
| District Council 16 Northern California Health and v. Hur | 2:20-ap-01113-BR |
| Taicher v. Taicher | 2:21-ap-01170-SK |
| WHOSE DOG R U PRODUCTIONS, INC. v. Wolkowitz | 2:21-ap-01212-RK |
| Allied Injury Management, Inc. v. One Stop Multi- | 6:16-ap-01279-MH |
| Liu et al v. Ha | 6:21-ap-01047-WJ |
| Samec v. Guy Griffithe Et.Al | 8:19-ap-01199-TA |
| Marshack v. Javan et al | 8:20-ap-01055-SC |
| Norris et al v. Javan | 8:20-ap-01085-SC |
| Timothy Yoo, Chapter 7 Trustee v. VoIP Guardian LLC | 2:21-ap-01044-BR |
| Rooks et al v. Parker et al | 2:18-ap-01060-SK |